## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

William W. Watkins,                           :
                        Petitioner            :
                                              :
            v.                                :            No. 1280 C.D. 2017
                                              :
Workers' Compensation Appeal                  :
Board (Caretti, Inc.),                        :
                        Respondent            :

## **O R D E R**

NOW, May 15, 2018, upon consideration of petitioner's application for reconsideration, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge